

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Attorney for the United States

**FILED**
2016 FEB -1 AM 11:07
U.S. MAGISTRATE JUDGE
BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK W. MORGAN, and<br>SAMUEL BROWN,<br><br>Defendants. | Case No.<br><br>2:17-mj-00093-VCF<br><br>**GOVERNMENT'S *EX PARTE* APPLICATION REQUESTING SEALING OF THE COMPLAINT** |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government

1

1 submits that disclosure of the information might possibly jeopardize the investigation. The
2 Government submits that it's right to secrecy far outweighs the public's right to know.
3     DATED this 1st day of January, 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*[signature]*

SUSAN CUSHMAN
Assistant United States Attorney

**FILED**
2017 FEB -1 AM 11:08
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 2:17-mj-00093-VCF |
| vs. | **ORDER SEALING** |
| JACK W. MORGAN and SAMUEL BROWN, | |
| Defendants. | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter, shall be sealed until further order of the Court.

DATED this 1st day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3