# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-cr-00064-KJD-GWF |
| vs. | **ORDER** |
| JACK WILLIAM MORGAN, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Release of Phone (ECF No. 37), filed on April 12, 2017. The Government filed its Response (ECF No. 48) on May 10, 2017.

Upon Defendant's and his Co-Defendant's arrest, law enforcement recovered three cell phones. Defendant requests release of his phone to retrieve contact information. The Government represents that the property report regarding the recovered cell phones does not specify where or from whom each cell phone was recovered. To expedite the matter, the Government requested that Defendant provide a description of his cell phone to allow an agent to bring the cell phone to Defendant to retrieve the contact information. Defendant failed to respond to the Government's request. The Court, therefore, denies Defendant's request without prejudice to Defendant refiling a motion if the parties cannot reach a resolution. Defendant should communicate with the Government to coordinate retrieval of the contact information. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Release of Phone (ECF No. 37) is **denied, without prejudice**.

DATED this 5th day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge