# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JACK WILLIAM MORGAN,

    Defendant.

Case No. 2:17-cr-00064-KJD-GWF

**ORDER**

This matter is before the Court on Defendant's Motion for Reappointment of Advisory Counsel (ECF No. 49), filed on May 12, 2017. To date, no party has filed an opposition to this motion and the time for response has now expired. Defendant requests appointment of new advisory counsel on that basis that he cannot contact current advisory counsel. The Court grants Defendant's motion. Accordingly,

**IT IS HEREBY ORDERED** Defendant's Motion for Reappointment of Advisory Counsel (ECF No. 49) is **granted**.

**IT IS FURTHER ORDERED** that Dustin R. Marcello is appointed as advisory counsel for Defendant Jack William Morgan in the place of Federal Public Defender Paul Riddle.

**IT IS FURTHER ORDERED** that Federal Public Defender's office shall forward Defendant's file to Dustin R. Marcello.

DATED this 9th day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge