# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK WILLIAM MORGAN,

    Defendant.

Case No. 2:17-CR-0064-KJD-GWF

**ORDER**

    Presently before the Court are Defendant's Motion for Release Based on Violation of Constitutional Rights (#72) and Motion to Dismiss Based on Prosecutor Testimony (#73). The Government filed a response in opposition to both motions (#74). Defendant's motion for release is little more than a motion for reconsideration of the Court's decisions regarding his pre-trial confinement and continuation of this action.

    Though Defendant is correct that he is entitled to a presumption of innocence and trial by a jury, Defendant was discovered by law enforcement driving a van in which a woman was chained to the floor. The public interest would not be served by his pre-trial release. Trial by jury is set for December 18, 2017. The short continuances that have been granted may have personally inconvenienced Defendant but have not violated his rights to a speedy trial. Therefore, his motion for release is denied.

1    Defendant's motion to dismiss makes no mention of prosecutor testimony except for the title.
2 Defendant's motion also makes no reference to legal authority for his proposition that the case
3 should be dismissed. Instead, Defendant merely argues his clearly skewed version of the facts.
4 Therefore, Defendant's motion to dismiss is denied. Further, based on the factual assertions
5 Defendant makes, the Court orders the Motion to Dismiss (#73) sealed.

    Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Release Based on Violation of Constitutional Rights (#72) is **DENIED**;

    IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Based on Prosecutor Testimony (#73) is **DENIED**;

    IT IS FURTHER ORDERED that the Clerk of the Court **SEAL** Docket No. 73.

    DATED this 20th day of November 2017.

_____
Kent J. Dawson
United States District Judge