# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-CR-0064-KJD-GWF |
| v. | **ORDER** |
| JACK WILLIAM MORGAN, | |
| Defendant. | |

Presently before the Court are Defendant Morgan's Objections (#59) to the Magistrate Judge's Order (#50) denying Defendant's Motion to Sever (#39). The Government filed a response in opposition (#75). The only co-defendant having now pled guilty, the Court denies Defendant's Objections as moot.

**IT IS SO ORDERED.**

DATED this 21st day of November 2017.

_____
Kent J. Dawson
United States District Judge