UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>VS.<br><br>JACK WILLIAM MORGAN,<br><br>Defendants, | 2:17-cr-00064-KJD-GWF<br><br>MINUTES OF THE COURT<br><br>Dated: December 18, 2017 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

DEPUTY CLERK:            DENISE SAAVEDRA

COURT REPORTER:       AMBER MCCLANE

PRESENT FOR PLAINTIFF:   SUSAN CUSHMAN AND KATHRYN NEWMAN, AUSA

PRESENT FOR DEFENDANT:   JACK WILLIAM MORGAN, PRO SE AND DUSTIN MARCELLO, ADVISORY COUNSEL

JURY TRIAL - DAY 1

Proceedings begin at 9:18 a.m.   Defendant is present. Special Agent Wainscott is present as case agent.

Preliminary matters are discussed outside the presence of the jury.

65 Proposed jurors enter the Courtroom at 9:40 a.m. and are sworn. Voir Dire begins.

Counsel exercise peremptory challenges.

14 jurors are seated and sworn.

Ms. Newman presents opening statements for the Government.

Mr. Morgan presents opening statements for Defense.

USA vs. JACK WILLIAM MORGAN
2:17-CR-00064-KJD-GWF
DECEMBER 18, 2017
Page two

---

The Court admonishes the jury.

Proceedings recess from 12:08 p.m. - 1:21 p.m.

**Detective Miller** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. The witness is excused.

**Xiameng Li** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. Government exhibit 1 is marked and admitted. Ms. Newman passes the witness for cross examination. Mr. Morgan cross examines the witness, the witness is excused.

**Officer Darragh** is sworn to testify as a witness for the Government. Ms. Cushman examines the witness, the witness is excused.

**Crime Scene Analyst Tufeland** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. Government exhibits 2a, 2b, 2c, 2d, 2e, 3a, and 3b are marked and admitted. Ms. Newman passes the witness for cross examination. Mr. Morgan cross examines the witness, the witness is excused.

**Officer Vigil** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. Government exhibit 13a is marked and admitted. Ms. Newman passes the witness for cross examination. Mr. Morgan cross examines the witness, the witness is excused.

**Officer Santana** is sworn to testify as a witness for the Government. Ms. Cushman examines the witness. Government exhibit 4 is marked and admitted. Ms. Cushman passes the witness for cross examination. Mr. Morgan cross examines the witness, the witness is excused.

Proceedings recess from 2:53 p.m. - 3:10 p.m.

**Officer Lucero** is sworn to testify as a witness for the Government. Ms. Cushman examines the witness. Government exhibits 8a, 8b, 8c, 8d, 8e, 8f, 8g, 8h, 8i, 8j, 8k, 8l, 8m is marked and admitted. Ms. Cushman passes the witness for cross examination. Mr. Morgan cross examines the witness, the witness is excused.

**Agent Garcia** is sworn to testify as a witness for the Government. Ms. Cushman examines the witness. Government exhibits 7a, 7b, 7c, 7d, 7e, 7f, 6a, 6b, 6c, 6d, 6e, 6f, 6g, 6h, 6i, 6j, 6k are marked and admitted. The witness is excused.

USA vs. JACK WILLIAM MORGAN
2:17-CR-00064-KJD-GWF
DECEMBER 18, 2017
Page three

---

**Special Agent Wainscott** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. Government exhibits 11b & 11c are marked and admitted. Ms. Newman passes the witness for cross examination. Mr. Morgan cross examines the witness, the witness is excused.

**Forensic Examiner Bakker** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. Government exhibit 11a is marked and admitted. The witness is excused.

**Agent Whittaker** is sworn to testify as a witness for the Government. Ms. Cushman examines the witness. Government exhibits 9a, 9b, 9c, 9d, 9e, 9f, 9g, 9h, 9i. The witness is excused.

Jurors are admonished at 4:33 p.m.


**IT IS ORDERED** that the jury trial is continued to Tuesday, December 19, 2017 at 9:00 A.M.


**DEBRA KEMPI, CLERK**
**UNITED STATES DISTRICT COURT**


/s/ Denise Saavedra
DEPUTY CLERK