UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>VS.<br><br>JACK WILLIAM MORGAN,<br><br>     Defendants, | 2:17-cr-00064-KJD-GWF<br><br>MINUTES OF THE COURT<br><br>Dated: December 19, 2017 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

| | |
|---|---|
| DEPUTY CLERK: | DENISE SAAVEDRA |
| COURT REPORTER: | AMBER MCCLANE |
| PRESENT FOR PLAINTIFF: | SUSAN CUSHMAN AND KATHRYN NEWMAN, AUSA |
| PRESENT FOR DEFENDANT: | JACK WILLIAM MORGAN, PRO SE AND DUSTIN MARCELLO, ADVISORY COUNSEL |

JURY TRIAL - DAY 2

     Proceedings begin at 9:12 a.m.   Defendant is present. Special Agent Wainscott is present as case agent.

     **Agent Terrazas** is sworn to testify as a witness for the Government. Ms. Cushman examines the witness. Government exhibit 14 is marked and admitted. Ms. Cushman passes the witness for cross examination. Mr. Morgan cross examines the witness, the witness is excused.

     **Jane Priebe** is sworn to testify as a witness for the Government. Ms. Cushman examines the witness. Government exhibits 10a, 10b, 10c, 10d, 10e, 10f, 10g, 10h, 10i, 10j are marked and admitted. Ms. Cushman passes the witness for cross examination. Mr. Morgan cross examines the witness. After further examination by Ms. Cushman and Mr. Morgan, the witness is excused.

USA vs. JACK WILLIAM MORGAN
2:17-CR-00064-KJD-GWF
DECEMBER 19, 2017
Page two

---

Proceedings recess from 10:15 a.m. - 10:36 a.m.

**Officer Archuleta** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. The witness is excused.

**Officer Rael** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. Government exhibit 5 is marked and admitted. The witness is excused.

Government rests.

Jurors are excused at 11:10 a.m. Outside the presence of the jury the Court canvasses Defendant Morgan.

Proceedings recess from 11:12 p.m. - 12:21 p.m.

**Jack William Morgan** is sworn to testify as a witness for Defense. Mr. Marcello examines the witness. Mr. Marcello passes the witness for cross examination. Ms. Cushman cross examines the witness. After further examination by Mr. Marcello and Ms. Cushman, the witness is excused.

Defense Rests.

Government Rests.

Proceedings recess from 1:18 p.m. - 1:35 p.m.

The Court reads Jury Instructions into the record.

Ms. Cushman presents Government's closing arguments.

Mr. Morgan presents Defense's closing arguments.

Ms. Cushman presents rebuttal arguments.

Bailiff is sworn. The Jury retires to deliberate.

Proceedings recess from 2:21 p.m. to 3:06 p.m.

USA vs. JACK WILLIAM MORGAN
2:17-CR-00064-KJD-GWF
DECEMBER 19, 2017
Page three

---

The jury has reached a verdict. The verdict is read. Defendant Jack William Morgan is found guilty on count 1 and 2 of the Indictment.

The Court thanks the jury and excuses them at 3:10 p.m.

**Sentencing is set for Tuesday, March 20, 2018 at 9:00 a.m.**

Proceedings recess at 3:12 p.m.

                    **DEBRA KEMPI, CLERK**
                    **UNITED STATES DISTRICT COURT**

                    /s/ Denise Saavedra
                    DEPUTY CLERK