UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK WILLIAM MORGAN,<br><br>Defendant. | Case No. 2:17-cr-00064-KJD-EJY<br><br>**ORDER** |

Pending before the Court is Defendant Jack Morgan's application to proceed *in forma pauperis* ("*IFP*") filed under 28 U.S.C. § 1915(a). While Defendant's application is complete demonstrating eligibility for *IFP* status, Defendant is not obligated to prepay court fees associated with his defense or motion practice. The Court advises Defendant that qualifying to proceed *in forma pauperis* does not extend to costs associated with his motion practice. *Picozzi v. Clark Cty. Det. Ctr.*, Case No. 2:15-cv-00816-JCM-PAL, 2017 WL 1023343, at *2 (D. Nev. Mar. 15, 2017) ("the *in forma pauperis* statute does not provide 'for the payment by the government of the costs of deposition transcripts, or any other litigation expenses'") (quoting *Tabron v. Grace*, 6 F.3d 147, 159 (3d Cir. 1993)). Thus, while the Court will approve the *IFP* application should an event arise requiring the pre-payment of court fees, the Court advises Defendant that the obligation to pay costs associated with his motion practice is not waived by this Order.

Accordingly, IT IS HEREBY ORDERED that Defendant Jack Morgan's application to proceed *in forma pauperis* (ECF No. 168) is GRANTED consistent with the contents of this Order.

Dated this 8th day of April, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1