UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACK WILLIAM MORGAN,

Defendant.

Case No. 2:17-cr-00064-KJD-EJY

**ORDER**

Pending before the Court is Defendant's Motion to Waive Fines/Restitution Under United States Sentencing Guidelines § 5E1.2(a).  ECF No. 207.  The Court considered Defendant's Motion and the Government's Response.  ECF No. 208.

Defendant asks the Court to waive his restitution because he is unable to pay the same at this time and is unlikely to be able to pay in the future.  ECF No. 207 at 1.  Defendant says the restitution was imposed as part of his sentence in 2008; he was living out of a car at that time; and he currently has six cents to his name.  *Id*.  Defendant says he received $15.00 over the last six months.  *Id*. Defendant attaches his NDOC account statement in support of his lack of financial ability to pay. *Id*. at 3-4.

The Government explains that district courts may not generally modify a sentence once it is imposed.  18 U.S.C. § 3582(c); *United States v. Aguilar-Reyes*, 653 F.3d 1053, 1056 (9th Cir. 2011). While there is a limited exception when a court imposes a sentence based on the Sentencing Guidelines, the sentencing range for a defendant's offense is later reduced, and the change is made retroactive (18 U.S.C. § 3582(c)(2)), this exception is not applicable here.

Here, the Court ordered Defendant to pay restitution in the amount of $3,257.09 under 18 U.S.C. § 3663A.  ECF. No. 128 at 23.  The Mandatory Victim Restitution Act of 1996 requires restitution for crimes of violence and other offenses.  18 U.S.C. § 3663A; *United States v. Batson*, 608 F.3d 630, 633 (9th Cir. 2010).  The Court finds that under the facts applicable to Defendant's sentence and well settled law, the payment of restitution is mandatory in this case.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Waive Fines/Restitution Under United States Sentencing Guidelines § 5E1.2(a) (ECF No. 207) is DENIED.

Dated this 8th day of June, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE